BILL PARISH v. THE STATE.

No. 3558.   Decided May 26, 1915.

**Carrying Pistol—Notice of Appeal.**

Where the record on appeal failed to disclose that notice of appeal was given in open court and entered of record, the appeal must be dismissed; however, if the record could be considered, it showed no reversible error.

Appeal from the County Court of Hardin. Tried below before the Hon. W. W Dies.

Appeal from a conviction of unlawfully carrying a pistol; penalty, a fine of $100.

The opinion states the case.

No brief on file for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

HARPER, JUDGE.—Appellant was convicted of unlawfully carrying a pistol, and his punishment assessed at a fine of $100.

The record before us does not disclose that notice of appeal was given in open court, and, if given, that it was ever entered of record, therefore, the motion of the Assistant Attorney General must be sustained.

However, we will state we have carefully read the record, and if this court had jurisdiction to pass thereon nothing is presented that would call for a reversal of the case.

The appeal is dismissed.

*Dismissed.*